**Exhibit A**

1. Joshua Alderoty
2. Michael Impagliozza
3. Benjamin Light
4. Luis Martinez
5. Drake Martin-Greene
6. Michael Musilli
7. Christian Ragland
8. Todd Romantini
9. Bryan Schoch
10. Keith Senior